IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| LARRY CORNETT, Surviving Spouse of SHERI LYNN CORNETT, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT TRUMAN BINGHAM, CHEETAH TRANSPORTATION, LLC,<br><br>Defendants. | CASE NO. CV503-127 |
| MISTY JAMHOUR,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT TRUMAN BINGHAM, and CHEETAH TRANSPORTATION, LLC,<br><br>Defendants. | CASE NO. CV505-55 |

## O R D E R

Before the Court are Plaintiff Larry Cornett and Plaintiff Misty Jamhour's requests to transfer the above-captioned cases to the Magistrate. (Docs. 32 & 28.) These cases arise out of a single automobile collision that occurred on July 22, 2003 in Bacon County, Georgia. At the time of the collision, Plaintiff Jamhour was a passenger in a vehicle driven by Plaintiff Cornett's decedent, Sheri Cornett. The other vehicle involved in the collision was a

tractor trailer driven by Defendant Robert Truman Bingham, which he was operating on behalf of Defendant Cheetah Transportation, LLC. Plaintiff Jamhour has already settled with Ms. Cornett's insurance carrier, Southern General Insurance.

Pursuant to Federal Rule of Civil Procedure 42(a), "When actions involving a common question of law or fact are pending before the court, . . . [the court] may order all the actions consolidated." Because these cases arise out of a common nucleus of operative fact and involve the same parties, the Court finds that consolidation would be in the best interest of judicial economy. For these reasons, the above-captioned cases, CV503-127 and CV505-55, are **CONSOLIDATED**. All subsequent filings shall bear the above caption and be filed under CV503-127.

Further, after careful consideration, the motions to transfer the cases to the Magistrate are **DENIED**. Instead, this consolidated action is **REASSIGNED** to the Honorable Lisa Godbey Wood, United States District Judge, for adjudication.

SO ORDERED this 28th day of March, 2007.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA